**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

ASHLEY JOHNSON, :
:
Plaintiff, :
:
v. : CASE NO.: 1:22-CV-51 (LAG)
:
PHOEBE PUTNEY HEALTH :
SYSTEM INC., :
:
Defendant. :
______________________________________:

# ORDER

The Parties have advised the Court that they have settled this case. (Doc. 56). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case as the Parties finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 18th day of November, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**